03-251
USDC/RI
Judge Lisi

# United States Court of Appeals
## For the First Circuit

# MANDATE

No. 05-1499

EUGENE SCANLON, BIG VEE BOATS INC., DENNIS A. SOKOL, and INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,

Plaintiffs, Appellants,

v.

M.V. SUPER SERVANT 3, Her Engines, Tackle, Apparel, Appurtenances, etc., in rem; and DOCKWISE SHIPPING B.V., DOCKWISE B.V., AND DOCKWISE N.V., in personam,

Defendants, Appellees.

**JUDGMENT**

Entered: November 8, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The appeal is dismissed for want of appellate jurisdiction.

**Certified and Issued as Mandate under Fed. R. App. R 41.**

**Richard Cushing Donovan, Clerk**

Susan Pedrosa

**Deputy Clerk**

**Date:** 11-30-05

**By the Court:**
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Peloquin, Mr. Pruzinsky, Mr. Cleary, & Mr. Harwood. ]